# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Edward Paul Wohlleber, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 3:14-CV-00564 |
| vs. | )<br>) **ORDER GRANTING MOTION TO STAY** |
| Biomet, Inc., and John Does 1-10, | ) **PENDING TRANSFER TO MDL AND**<br>) **FOR EXTENSION OF TIME TO**<br>) **ANSWER** |
| Defendants. | )<br>)<br>)<br>) |

**THIS MATTER** comes before the Court on the Joint Motion of the Parties (Doc. No. 4) requesting a stay of all proceedings in this matter pending the transfer of this action to the multidistrict litigation *In re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL No. 2391, in the United States District Court for the Northern District of Indiana ("MDL No. 2391") and further to extend Defendant Biomet, Inc.'s time to answer the Plaintiff Edward Paul Wohlleber's Complaint until five (5) days after the action has been transferred to MDL No. 2391. This Court has reviewed the motion and the argument of the Parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion of the Parties is **GRANTED** and that this proceeding is **STAYED** pending its transfer to MDL No. 2391 in the United States District Court for the Northern District of Indiana. Further, **IT IS HEREBY ORDERED** that Defendant Biomet, Inc.'s time to answer the Plaintiff's Complaint is hereby **EXTENDED** until five (5) days after this action has been transferred to MDL No. 2391.

1

**SO ORDERED.**

Signed: October 21, 2014

Graham C. Mullen
United States District Judge