# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00564-MOC-DSC

| | |
|---|---|
| EDWARD WOHLLEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BIOMET INC. AND JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* of T. Roe Frazer, II" and "Motion for Admission *Pro Hac Vice* of T. Roe Frazer, III" (documents # 9 and 10) filed March 11, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 21, 2019

David S. Cayer
United States Magistrate Judge