# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00564-MOC-DSC

| | |
|---|---|
| EDWARD WOHLLEBER, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BIOMET INC. AND JOHN DOES 1-10, )<br> )<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* [of Matthew Thomas Albaugh and Erica Kay Drew" (documents ## 16 and 17) filed March 25, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 26, 2019

_____
David S. Cayer
United States Magistrate Judge